UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DONNA M. NELSON, | ) | CASE NO. 1: 13 CV 01423 |
| | ) | |
|     Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S REPORT AND |
| | ) | RECOMMENDATION |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
|     Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Vernelis K. Armstrong. The Report and Recommendation (ECF # 19), issued on January 13, 2014, is hereby ADOPTED by this Court. Plaintiff, Donna Nelson, timely filed a complaint to this Court seeking judicial review of the Commissioner's ruling which denied Ms. Nelson benefits under Title II and Title XVI. (ECF #1). In accordance with the Magistrate's Report and Recommendation, this case shall be remanded to the Commissioner so that a more informed decision can be made regarding the disability status of Ms. Nelson. No timely objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety.

IT IS SO ORDERED.

*/s/ Donald C. Nugent*
DONALD C. NUGENT
United States District Judge

DATED: June 19, 2014